UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KAWANZA SOUTH AND LEONARD SOUTH                                PLAINTIFFS

V.                                             CIVIL ACTION NO. 3:15-CV-342-DPJ-FKB

JOSEPH AUSTIN, M.D. AND VICKSBURGS
WOMEN'S CARE, INC.                                              DEFENDANTS

AMENDED ORDER OF DISMISSAL[1]

Pursuant to the Stipulation of Dismissal signed by the parties and filed this date, the Court finds this action should be dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 27th day of September, 2017.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to remove the PDF document associated with the prior Order of Dismissal.